UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS A. SEAMAN, in his capacity as Court-appointed Receiver for INVESTORS PRIME FUND, LLC and IPF BANC SERVICING, LLC
                Plaintiff(s),

v.

CALIFORNIA BUSINESS BANK, a California corporation; et al.
                Defendant(s).
                           /

CASE NO. CV13-02031

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

**FILED**
JUL 25 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
☒ other requested deadline 120 days from the date of the order referring the case to an ADR process.

Dated: July 16, 2013
I hereby attest that concurrence in the filing of this Stipulation has been obtained from counsel for California Business Bank.

Dated: July 16, 2013

/s/ Ted Fates
TED FATES
Attorney for Plaintiff
Thomas A. Seaman, Receiver

/s/ Kalley Aman
KALLEY AMAN
Attorney for Defendant
California Business Bank

CONTINUE TO FOLLOWING PAGE

Doc. ID – SD-#807412-v1

American LegalNet, Inc.
www.FormsWorkFlow.com

[~~PROPOSED~~] ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: July 25, 2013

_____
UNITED STATES JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."