UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

THOMAS A. SEAMAN,

    Plaintiff,

v.

CALIFORNIA BUSINESS BANK, et al,
    Defendants.

No. C 13-2031 JST

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    November 19, 2013
Mediator:    Ellyn Lazarus

IT IS HEREBY ORDERED that the request to excuse individual defendants Raffi D. Krikorian, Michael Maluccio, Cole W. Minnick, Jr., Jane Auserwald, Mladen Buntich, Steven Hong, Bif Naylor, Kenneth Thomas, and Ellwood Johnson from participating in the November 19, 2013 mediation session before Ellyn Lazarus is GRANTED.

IT IS SO ORDERED.

November 8, 2013    By: _____
Dated                                  Maria-Elena James
                                          United States Magistrate Judge