# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division
~~SAN JOSE DIVISION~~

| | |
|---|---|
| THOMAS A. SEAMAN, in his capacity as Court-appointed Receiver for INVESTORS PRIME FUND, LLC and IPF BANC SERVICING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA BUSINESS BANK, a California corporation;<br>RAFFI D. KRIKORIAN;<br>MICHAEL MALUCCIO;<br>COLE W. MINNICK, JR.;<br>JANE AUSERWALD;<br>PEGGY HANSEN;<br>MLADEN BUNTICH;<br>STEVEN HONG;<br>BIFF NAYLOR;<br>KENNETH THOMPSON;<br>GARY K. CROSS;<br>ELLWOOD JOHNSTON; AND<br>N. AARON YASHOUAFAR,<br><br>Defendants. | Case No. 13-cv-02031-JST<br><br>**[~~PROPOSED~~] ORDER APPROVING STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>[Local Rule 6-2]<br><br>Date:  January 23, 2014<br>Time:  2:00 p.m.<br>Dept:  9<br>Judge: Hon. Jon S. Tigar |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

813431.01/SD

Case No. 13-cv-02031-JST
[~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE HEARING

1  The Court having considered the Stipulation to Continue Hearing and Briefing Schedule
2  on Defendants' Motion to Dismiss ("Stipulation") of the parties and good cause appearing therefor,
3  hereby orders as follows:

4      1.    The Stipulation is approved;

5      2.    The hearing on Defendants' Motion to Dismiss is continued to February 13, 2014,
6  at 2:00 p.m.

7      3.    Plaintiff's opposition is due January 23, 2014.

8      4.    Defendants' reply is due January 30, 2014.

10  Dated:  December 23, 2013

Hon. Jon S. Tigar
Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
813431.01/SD

Case No.  13-cv-02031-JST
[~~PROPOSED~~] ORDER ON STIPULATION
TO CONTINUE HEARING