**FILED**

**JAN 0 3 2014**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS A. SEAMAN, in his capacity as Court-appointed Receiver for INVESTORS PRIME FUND, LLC and IPF BANC SERVICING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA BUSINESS BANK, a California corporation;<br>RAFFI D. KRIKORIAN;<br>MICHAEL MALUCCIO;<br>COLE W. MINNICK, JR.;<br>JANE AUSERWALD;<br>PEGGY HANSEN;<br>MLADEN BUNTICH;<br>STEVEN HONG;<br>BIFF NAYLOR;<br>KENNETH THOMPSON;<br>GARY K. CROSS;<br>ELLWOOD JOHNSTON; AND<br>N. AARON YASHOUAFAR,<br><br>Defendants. | Case No. 13-cv-02031-JST<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>[Local Rule 6-2]<br><br>Date:     January 22, 2014<br>Time:    2:00 p.m.<br>Dept:    9<br>Judge:   Hon. Jon S. Tigar |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

813643.01/SD

Case No. 13-cv-02031-JST
[PROPOSED] ORDER CONTINUING CASE
MANAGEMENT CONFERENCE

1 |     The Court having considered the Stipulation to Continue Case Management Conference ("Stipulation") of the parties and good cause appearing therefor, hereby orders as follows:

    1.    The Stipulation is approved;

    2.    The Case Management Conference is continued to February 13, 2014, at 2:00 p.m.

Dated: Jan. 3, 2014

Hon. Jon S. Tigar
Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

813643.01/SD

Case No. 13-cv-02031-JST
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE