JOEL M. ATHEY (State Bar No. 214399)
NICHOLAS B. MELZER (State Bar No. 246356)
CORBIN, ATHEY & MARTINEZ LLP
601 West Fifth Street, Suite 1150
Los Angeles, California 90071-2024
Tel: (213) 612-0001
Fax: (213) 612-0061
jathey@corbinathey.com
nmelzer@corbinathey.com

Attorneys for Defendant *Aaron Yashouafar*

PATICK E. BREEN (State Bar No. 81579)
DAVID R. ZARO (State Bar No. 124334)
TED FATES (State Bar No. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Tel: (213) 622-5555
Fax: (213) 620-8816
pbreen@allenmatkins.com
dzaro@allenmatkins.com
tfates@allenmatkins.com

Attorneys for Plaintiff *Thomas A. Seaman*, Receiver

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SEAMAN, in his capacity as Court-Appointed Receiver for INVESTORS PRIME FUND, LLC and IPF BANK SERVICING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA BUSINESS BANK, *et al.*,<br><br>    Defendants. | Case No. 13-cv-02031 JST<br>The Honorable Jon S. Tigar<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO PERMIT DEFENDANT AARON YASHOUAFAR TO FILE A RESPONSIVE PLEADING BY SUBMITTING A JOINDER TO THE PENDING MOTION TO DISMISS** |

The Court, having considered the Parties' Joint Stipulation to Permit Defendant Aaron Yashouafar to File a Responsive Pleading by Submitting a Joinder to the Pending Motion to Dismiss, and good cause appearing, hereby orders as follows:

1. Defendant Yashouafar may appear in the case now and file a responsive pleading by filing a joinder to the Pending MTD;
2. If the Courts elects to hold oral argument on the Pending MTD, the Receiver's counsel shall be allowed to present argument on issues unique to Yashouafar; and
3. If the Court elects not hold oral argument on the Pending MTD, the Receiver may file a supplemental brief of five pages or fewer addressing issues unique to Yashouafar to be filed within five business days of entry of an order vacating the hearing date.

SO ORDERED

DATED:   February 7 , 2014        By



**[PROPOSED] ORDER RE: JOINT STIPULATION TO PERMIT AARON YASHOUAFAR TO FILE A RESPONSIVE PLEADING**

Corbin, Athey & Martinez LLP